No. 1026. ESTEBAN ET AL. *v.* CENTRAL MISSOURI STATE COLLEGE ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 1481. TERMINAL FREIGHT COOPERATIVE ASSN. ET AL. *v.* SAMOFF, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 3d Cir. Motion to defer consideration denied. Certiorari denied.

No. 1513. BURGUENO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1533. EPSTEIN *v.* RESOR, SECRETARY OF THE ARMY, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1559. STOCKHAM VALVES & FITTINGS, INC. *v.* ARTHUR J. SCHMITT FOUNDATION ET AL. C.. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1213, Misc. ANDERSON *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1793, Misc. WHITLEY *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.